JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henderson Peters, <br>    Plaintiff, <br>  vs. <br> Martin O'Malley, Commissioner of Social Security[1], <br>    Defendant. | Case No. 2:23-cv-01924-AC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from February 13, 2024 to February 27, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

  This is Plaintiff's second request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of February 12, 2024, and February 19, 2024 Plaintiff's Counsel has six merit briefs and three reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

        Respectfully submitted,

Dated: February 13, 2024  PENA & BROMBERG, ATTORNEYS AT LAW

        By: */s/ Jonathan Omar Pena*
          JONATHAN OMAR PENA
          Attorneys for Plaintiff

Dated: February 13, 2024  PHILLIP A. TALBERT
           United States Attorney
           MATHEW W. PILE
           Associate General Counsel
           Office of Program Litigation
           Social Security Administration

         By: **/s/ Michael Marriott*
           Michael Marriott
           Special Assistant United States Attorney
           Attorneys for Defendant
           (*As authorized by email on February 13, 2024)

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 13, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE