JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Henderson   Peters, <br>       Plaintiff, <br>   vs. <br> Martin O'Malley, Commissioner of Social Security[1], <br>       Defendant. | Case No. 2:23-cv-01924-AC <br><br> STIPULATION AND \|PROPOSED\| ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 1-day extension of time, from February 27, 2024 to February 28, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time.  Counsel for Plaintiff entered the due date incorrectly into the electronic calendar. Counsel entered the deadline for February 28, 2024 instead of February 27, 2024. Upon review for filing, counsel discovered this error.  Counsel apologizes to the Court and Defendant for this oversight.

Respectfully submitted,

Dated:  February 28, 2024         PENA & BROMBERG, ATTORNEYS AT LAW

By: /s/ Jonathan Omar Pena
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: February 28, 2024         PHILLIP A. TALBERT
United States Attorney
MATTHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7


By:  */s/ Michael Marriott
Michael Marriott
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on Feb. 28, 2024)

## |PROPOSED| ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 28, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE